UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Christopher Leon Moore                          Docket No. 7:01-CR-83-1BR

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Leon Moore who, upon an earlier plea of guilty to Possession with Intent to Distribute Heroin and Cocaine Base, 21 U.S.C. § 841 (a)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on October 1, 2001, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Christopher Leon Moore was released from custody on February 6, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 31, 2015, the releasee submitted to a urine screen which revealed positive results for the use of morphine. At first the releasee stated he had taken some medication for shoulder pain. However, today he admitted that he had been under a lot of financial stress since his release from the Bureau of Prisons and had used heroin. He was remorseful and requested that we give him a chance to participate in treatment. He was referred to substance abuse treatment and is scheduled to begin therapy on April 23, 2015. Based on the releasee's lack of coping skills and poor decision making, it is believed that he would benefit from cognitive behavioral therapy (CBT), which would assist him with making better choices in life. Therefore, it is recommended the court modify the releasee's conditions to include participation in a CBT program. The releasee's compliance with all conditions will be monitored closely and any future violation behavior will be reported to the court.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Christopher Leon Moore
Docket No. 7:01-CR-83-1BR
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing
> is true and correct.
> /s/ Pamela O. Thornton
> Pamela O. Thornton
> Senior U.S. Probation Officer
> 2 Princess Street Suite 308
> Wilmington, NC 28401-3958
> Phone: 910-679-2048
> Executed On: April 21, 2015

## ORDER OF THE COURT

Considered and ordered this ___22___ day of ___April___, 2015 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge